DAVID G. COX, ESQ. (OH Bar No. 0042724)
dcoxlaw@columbus.rr.com
THE LAW OFFICE OF DAVID G. COX
4240 Kendale Road
Columbus, OH 43220
Telephone: (614) 457-5167

STEPHANIE M. ROCHA, ESQ., SBN 266030
smr@millermorton.com
MILLER, MORTON CAILLAT & NEVIS, LLP
50 W. San Fernando St.
San Jose, California 95113
Telephone: (408) 292-1765
Facsimile:  (408) 436-8272

Attorneys for Plaintiff, Organic Pastures
    Dairy Company, LLC


JOYCE R. BRANDA
Acting Assistant Attorney General
JONATHAN F. OLIN
Deputy Assistant Attorney General
Civil Division
MICHAEL S. BLUME, Director
ROGER J. GURAL, Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
    P.O. Box 386
    Washington, D.C. 20044
    (202) 307-0174 (phone)
    (202) 514-8742 (fax)
    Roger.Gural@usdoj.gov

Attorneys for Defendants


THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANIC PASTURES DAIRY COMPANY, LLC | CASE NO. 1:14-CV-01208-JAM-SAB |
| Plaintiff, | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| SYLVIA M. BURWELL, et al., | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

1  Defendants          :

2

3  Pursuant to Fed.R.Civ.Proc. 41(a)(1)(A)(ii), the parties hereby stipulate that
4  Plaintiff Organic Pastures Dairy Company, LLC, hereby dismisses the complaint
5  filed in this matter without prejudice.

6  DATED: December 26, 2014.

7  Respectfully submitted,

8  /s/ David G. Cox
9  DAVID G. COX, ESQ.
   (OH Bar No. 0042724)
10 dcoxlaw@columbus.rr.com
   THE LAW OFFICE OF
11 DAVID G. COX
   4240 Kendale Road
12 Columbus, OH 43220
   Telephone: (614) 457-5167

13

14 /s/ Stephanie M. Rocha
   STEPHANIE M. ROCHA, ESQ.,
15 SBN 266030
   smr@millermorton.com
16 MILLER, MORTON
   CAILLAT & NEVIS, LLP
17 50 W. San Fernando St.
   San Jose, California 95113
18 Telephone: (408) 292-1765
   Facsimile:  (408) 436-8272

19

20 /s/ Roger Gural
   ROGER J. GURAL
21 Trial Attorney
   United States Department of Justice
22 Consumer Protection Branch
   450 Fifth Street, N.W., Suite 6400S
23 Washington, D.C.  20001
   Tel: (202) 307-0174
24 Fax: (202) 514-8742
   Attorney for Plaintiff United States

25

26

27

28

2

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**